

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND


Noah Job Coppler,                              * From the 32nd District Court
                                                 of Nolan County,
                                                 Trial Court No. 12719.

Vs. No. 11-19-00146-CR                         * July 8, 2021

The State of Texas,                            * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.

        This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the time payment fee of $25, and we affirm the judgment as modified.